UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GIBRIL BANGURA**, | |
| Petitioner, | Civ. No. 15-6776 (JMV) |
| v. | |
| **CHARLES GREEN,** | **MEMORANDUM AND ORDER** |
| Respondent. | |

On or about September 9, 2015, Petitioner Gibril Bangura filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). This matter is presently before the Court upon receipt of a letter from Respondent indicating that Petitioner has been removed from the United States. (ECF No. 9). Respondent attaches to the letter a copy of the Form I-205 which confirms Petitioner's removal. Because Petitioner is no longer in custody, this Court cannot provide meaningful relief were it to grant Petitioner's request. Therefore, this matter will be dismissed without prejudice.

Accordingly, **IT IS** this 9th day of May, 2016,

**ORDERED** that the habeas petition is DISMSISED WITHOUT PREJUDICE; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

s/ John Michael Vazquez
JOHN MICHAEL VAZQUEZ
United States District Judge